UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
RUSSELL LUIZ MUNOZ
DARLENE LANGLEY MUNOZ

Case No: 09‑46192 ‑ RJK
Debtor(s)                                     Chapter 13 Case

### ORDER OF DISMISSAL FOR FAILURE TO TIMELY FILE REQUIRED DOCUMENTS

A verified conversion from chapter 7 to chapter 13 case was filed in this case on 12/4/09. However, certain lists, schedules or statements were not filed with the conversion. By order dated 12/4/09, the debtor(s) was ordered to file all such papers no later than 12/18/09. The order further provided that if such papers were not filed on or before such date, or such date as the court may fix by order extending the time for such filing, and the court had not entered an order to extend or further extend the time for such filing, an order dismissing this case would be entered immediately without a hearing and without further notice. The required papers have not been filed. No order extending or further extending the time for such filing has been entered. This order is made accordingly.

IT IS THEREFORE ORDERED that this case is dismissed, and that the clerk shall provide copies of this order as notice to the debtor(s), to the attorney for the debtor(s) if the debtor(s) is represented, and to the trustee, the United States Trustee, and all creditors listed in the matrix filed with the petition commencing this case.

Dated: 12/22/09                          Robert J Kressel
                                         United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/22/2009*
Lori Vosejpka, Clerk, by SLW